UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                     Case No. 9:05-bk-26230-ALP

BAYER, JEFFREY & JUDITH

            Debtor(s)     /

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Citicorp, N.A., a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of 5,067.97 to Citicorp, N.A., c/o Kathleen Allen, Recovery and Escheatment Manager, whose address is 3800 Citigroup Center, G3-4, Tampa, FL 33610 and phone number is 813-604-9564.

**DATED:** February 12, 2010

                                                           ALEXANDER L. PASKAY
                                                           United States Bankruptcy Judge

Copy furnished to Financial Administrator
United States Attorney

1